STATE OF NEW JERSEY v.
DENNIS BECK AND RUDOLPH AIKENS.

December 11, 1973. Petition for certification denied.

GREATER NEW YORK MUTUAL INS. Co. v.
LUMBERMEN'S MUTUAL CASUALTY CO.

December 11, 1973. Petition for certification denied.

ROBERT E. WATSON v. TRANS-BRIDGE LINES, INC.

December 11, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CHARLES DOUGLAS.

December 11, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIS GROVE.

December 11, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL SHEPPARD.

December 11, 1973. Petition for certification denied. (See
125 *N. J. Super.* 332)